MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
DENISE A. SMITH-MARS (SBN 215057)
dmars@loeb.com
DARLENE M. CHO (SBN 251167)
dcho@loeb.com
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

*IT IS SO ORDERED*
*Judge Susan Illston*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SOTO and VINCE EAGEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 3:12-cv-01377-SI<br><br>Assigned to Hon. Susan Illston<br>Ctrm: 10<br><br>**JOINT STIPULATION RE: AMENDED COMPLAINT AND PROPOSED FILING AND SCHEDULING WITH RESPECT TO SAME**<br><br>Complaint Filed: Mar. 19, 2012<br>Trial Date: None set |

This stipulation is entered into by Plaintiffs Alex Soto and Vince Eagen ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Honda" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

A.  Plaintiffs filed their Class Action Complaint in the subject action on March 19, 2012;

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2218614.1
218800-10002

JOINT STIPULATION RE: AMENDED COMPLAINT

B. On May 2, 2012, counsel for the Parties met and conferred by telephone regarding Plaintiffs' intent to file an amended complaint;

C. Defendant does not object to Plaintiffs' filing of an amended complaint;

D. Accordingly, pursuant to Fed. R. Civ. P 15(a)(2), the Parties agree that, subject to this Court's approval, Plaintiffs may amend their Complaint as proposed;

E. Counsel for the Parties also met and conferred with respect to a proposed filing and briefing schedule regarding Plaintiffs' Amended Complaint and Defendant's response, and subject to the Court's approval, agree to the following:

Plaintiffs to file Amended Complaint: May 18, 2012
Defendant's Response or other motion: June 8, 2012
Plaintiffs to file Opposition: June 22, 2012
Defendant to file Reply: June 29, 2012
Proposed hearing date: July 27, 2012 @ 9:00 a.m.

F. No trial date has been set, and there are presently no scheduled dates that would be affected by this request. This is the first amended pleading proposed by Plaintiffs.

Date: May 17, 2012

Respectfully submitted,

**LOEB & LOEB LLP**
**MICHAEL L. MALLOW**
**DENISE A. SMITH-MARS**
**DARLENE M. CHO**

*[signature]*
Denise A. Smith-Mars

*Attorneys for Defendant*
*American Honda Motor Co., Inc.*

**BERK LAW PLLC**
**STEVEN N. BERK**

**TERRELL MARSHALL DAUDT &**
**WILLIE PLLC**
**BETH TERRELL**

*[signature]*
Beth E. Terrell

*Attorneys for Plaintiffs Alex Soto and Vince Eagen*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2218614.1
218800-10002

2

JOINT STIPULATION RE: AMENDED COMPLAINT

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on May 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>  Michael L. Mallow, CSB #188745
>  Email:  mmallow@loeb.com
>  Darlene M. Cho, CSB #251167
>  Email:  dcho@loeb.com
>  LOEB & LOEB LLP
>  10100 Santa Monica Blvd., Suite 2200
>  Los Angeles, California  90067
>  Telephone: (310) 282-2000
>  Facsimile: (310) 282-2200
>
>  *Attorneys for Defendant*

DATED this 17th day of May, 2012.

>  TERRELL MARSHALL DAUDT
>  　& WILLIE PLLC
>
>
>  By:   /s/ Beth E. Terrell, CSB #178181
>  　　Beth E. Terrell, CSB #178181
>  　　Email: bterrell@tmdwlaw.com
>  　　936 North 34th Street, Suite 400
>  　　Seattle, Washington  98103-8869
>  　　Telephone:  (206) 816-6603
>  　　Facsimile:  (206) 350-3528
>
>  *Attorneys for Plaintiffs and the Proposed Class*

JOINT STIPULATION RE: AMENDED COMPLAINT