1   Beth E. Terrell, CSB #178181
    Email: bterrell@tmdwlaw.com
2   TERRELL MARSHALL DAUDT & WILLIE PLLC
    936 North 34th Street, Suite 400
3   Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
4   Facsimile:  (206) 350-3528

5
    Steven N. Berk
6   Email:  steven@berklawdc.com
    Matthew J. Bonness, CSB #229226
7   Email:  matt@berklawdc.com
    BERK LAW PLLC
8   2002 Massachusetts Avenue, Northwest, Suite 100
    Washington, District of Columbia 20036
9   Telephone: (202) 232-7550
    Facsimile: (202) 232-7556
10

11  [Additional Counsel Appear on Signature Page]

12  *Attorneys for Individual and Representative*
    *Plaintiffs Alex Soto and Vince Eagen*
13

14              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16  ALEX SOTO and VINCE EAGEN, on behalf
    of themselves and all others similarly situated,       Case No. 3:12-cv-01377-SI
17
                        Plaintiffs,                  **JOINT STIPULATION**
18                                                   **EXTENDING BRIEFING**
                                                     **SCHEDULE REGARDING**
19          v.                                       **DEFENDANT'S MOTION TO**
                                                     **COMPEL ARBITRATION AND**
20  AMERICAN HONDA MOTOR CO., INC.,                  **TO STAY PROCEEDINGS**

                        Defendant.
21                                                   CLASS ACTION

22                                                   Complaint Filed:  March 19, 2012

23

24          This stipulation is entered into by Plaintiffs Alex Soto and Vince Eagen ("Plaintiffs")

25  and Defendant American Honda Motor Co., Inc. ("AHM" or "Defendant") (collectively, the

26

27

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING
DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY
PROCEEDINGS - 1
CASE NO. 3:12-CV-01377-SI

1    "Parties"), by and through their respective counsel, with reference to the following facts and

2    recitals:

3            A.      Plaintiffs filed their Class Action Complaint in the subject action on March 19,

4    2012 (Dkt. #1);

5            B.      The parties subsequently stipulated to Plaintiffs filing an amended complaint

6    and to a proposed filing and briefing schedule regarding Plaintiffs' First Amended Complaint

7    and Defendant's response to the First Amended Complaint, which the Court approved by order

8    dated May 22, 2012 (Dkt. #12);

9            C.      Pursuant to the stipulated filing and briefing schedule, Plaintiffs filed their First

10   Amended Complaint on May 18, 2012 (Dkt. #11) and on June 8, 2012, Defendant filed an

11   Answer to Plaintiffs' First Amended Complaint (Dkt. #15) as well as a Motion to Compel

12   Arbitration and Stay Proceedings as to Plaintiff Vince Eagen (Dkt. #16) ("Arbitration

13   Motion");

14           D.      When agreeing to the earlier stipulated filing and briefing schedule on

15   Defendant's response to the First Amended Complaint, Plaintiffs were unaware that Defendant

16   would file the Arbitration Motion;

17           E.      Plaintiffs have reviewed the Arbitration Motion and determined that limited

18   arbitration-related discovery is necessary to properly and completely respond to the Arbitration

19   Motion;

20           F.      Accordingly, counsel for the Parties have met and conferred with respect to

21   extending the briefing schedule and hearing date on the Arbitration Motion to permit Plaintiffs

22   to take limited arbitration-related discovery, and subject to the Court's approval, agree to the

23   following:

24

25

26

27

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING
DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY
PROCEEDINGS - 2
CASE NO. 3:12-CV-01377-SI

| EVENT | DATE |
|---|---|
| Plaintiffs to serve arbitration-related discovery including subpoena for deposition to Third Party American Honda Finance Corp.: | June 22, 2012 |
| Defendant to respond to arbitration-related discovery: | August 6, 2012 |
| Deadline for Plaintiffs to take any depositions in connection with arbitration-related discovery: | August 16, 2012 |
| Deadline for the Parties to file joint statement regarding disputes, if any, regarding arbitration-related discovery: | August 20, 2012 |
| Plaintiffs to file Opposition to Arbitration Motion, subject to scheduling of deposition of Third Party American Honda Finance Corp.: | September 4, 2012 |
| Defendant to file Reply in Support of Arbitration Motion: | September 18, 2012 |
| Proposed hearing date: | October 5 , 2012 at 9:00 a.m. |

G.      The Parties agree that any arbitration-related discovery offered by AHM does not constitute a waiver of AHM's right to compel arbitration or to assert that discovery is a gateway issue for the arbitrator to decide.

H.      No trial date has been set.

STIPULATED AND DATED this 21st day of June, 2012.



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING
DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY
PROCEEDINGS - 3
CASE NO. 3:12-CV-01377-SI

1
TERRELL MARSHALL DAUDT                    LOEB & LOEB LLP
2       & WILLIE PLLC

3
By: /s/Beth E. Terrell, CSB #178181          By: /s/ Denise A. Smith-Mars, CSB #215057
4          Beth E. Terrell, CSB #178181              Michael L. Mallow, CSB #188745
           Email: bterrell@tmdwlaw.com              Email: mmallow@loeb.com
5          936 North 34th Street, Suite 400         Denise A. Smith-Mars, CSB# 215057
           Seattle, Washington 98103-8869           Email: dmars@loeb.com
6          Telephone: (206) 816-6603                10100 Santa Monica Blvd., Suite 2200
7          Facsimile: (206) 350-3528                Los Angeles, California 90067
                                                    Telephone: (310) 282-2000
8          Steven N. Berk                           Facsimile: (310) 282-2200
           Email: steven@berklawdc.com
9          Matthew J. Bonness, CSB #229226          *Attorneys for Defendant*
           Email: matt@berklawdc.com
10         BERK LAW PLLC
11         2002 Massachusetts Avenue,
           Northwest, Suite 100
12         Washington, DC 20036
           Telephone: (202) 232-7550
13         Facsimile: (202) 232-7556

14
           Michael F. Ram, CSB #104805
15         Email: mram@rocklawcal.com
           RAM, OLSON, CEREGHINO
16            & KOPCZYNSKI
           555 Montgomery Street, Suite 820
17         San Francisco, California 94111
           Telephone: (415) 433-4949
18         Facsimile: (415) 433-7311

19
*Attorneys for Individual and Representative*
20 *Plaintiffs Alex Soto and Vince Eagen*

21

22

23

24

25

26

27

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING
DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY
PROCEEDINGS - 4
CASE NO. 3:12-CV-01377-SI

CERTIFICATE OF SERVICE

1

2         I, Beth E. Terrell, hereby certify that on June 21, 2012, I electronically filed the

3   foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4   such filing to the following:

5
            Michael L. Mallow, CSB #188745
6           Email:  mmallow@loeb.com
            Darlene M. Cho, CSB #251167
7           Email:  dcho@loeb.com
            Denise A. Smith-Mars, CSB# 215057
8           Email:  dmars@loeb.com
            LOEB & LOEB LLP
9           10100 Santa Monica Blvd., Suite 2200
            Los Angeles, California  90067
10          Telephone: (310) 282-2000
            Facsimile: (310) 282-2200
11
12          *Attorneys for Defendant*

13      DATED this 21st day of June, 2012.

14                                  TERRELL MARSHALL DAUDT & WILLIE PLLC

15

16                                  By:  /s/ Beth E. Terrell, CSB #178181
17                                      Beth E. Terrell, CSB #178181
                                        Email: bterrell@tmdwlaw.com
18                                      936 North 34th Street, Suite 400
                                        Seattle, Washington  98103-8869
19                                      Telephone:  (206) 816-6603
                                        Facsimile:  (206) 350-3528
20
21                                  *Attorneys for Individual and Representative*
                                    *Plaintiffs Alex Soto and Vince Eagen*
22

23

24

25

26

27

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING
DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY
PROCEEDINGS - 5
CASE NO. 3:12-CV-01377-SI