RECEIVED
2012 JUL -3 A II: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEX SOTO and VINCE EAGEN

CASE NO. 3:12-cv-01377-SI

Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.

Defendant.

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Lawrence Deutsch , whose business address and telephone number is

Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103, (215) 875-3062

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Alex Soto and Vince Eagen.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/5/12

_____
SUSAN ILLSTON
United States District Judge