RECEIVED
2012 JUL -3 A 11: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEX SOTO and VINCE EAGEN

       Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.

       Defendant.

CASE NO. 3:12-cv-01377-SI

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Eugene R. Tompkins, whose business address and telephone number is Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103, (215) 875-3037.

and who is an active member in good standing of the bar of Pennsylvania having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Alex Soto and Vince Eagen.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/5/12

_____
SUSAN ILLSTON
United States District Judge