IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEX SOTO and VINCE EAGEN,

Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.,

Defendant.

CASE NO. 3:12-cv-01377-SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kimberlee L. Gunning, whose business address and telephone number is

936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

and who is an active member in good standing of the bar of USDC, Western Dist. of WA having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7/2/12

Susan Illston
United States District Judge