MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
DENISE A. SMITH-MARS (SBN 215057)
dmars@loeb.com
MICHAEL B. SHORTNACY (SBN 277035)
mshortnacy@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SOTO and VINCE EAGEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 3:12-cv-1377-SI<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:  March 19, 2012<br>Trial Date:           None set |

This stipulation is entered into by Plaintiffs Alex Soto and Vince Eagen ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Honda" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

    A.    Plaintiffs filed their Class Action Complaint in the subject action on March 19, 2012.

    B.    The Court previously ordered the following briefing schedule regarding Plaintiffs' forthcoming Motion for Class Certification:

- Plaintiffs' Motion for Class Certification    April 8, 2013

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2287564.1
218800-10002

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

| | | |
|---|---|---|
| 1 | • Defendant's Opposition | June 10, 2013[1] |
| 2 | • Plaintiff's Reply | July 15, 2013 |

(*See* Docket Entry # 48 (Oct. 11, 2012).)

  C. On March 25, 2013, pursuant to the Court's March 19, 2013 Order (Docket Entry # 64), counsel for the Parties met and conferred by telephone regarding the completion of Defendant's review and production of ESI in response to Plaintiffs' document requests, the scheduling of a deposition of Defendant pursuant to FED. R. CIV. P. 30(b)(6), and extension of the schedule concerning briefing on Plaintiffs' motion for class certification.

  D. Subject to the Court's approval, the Parties herby stipulate to the following schedule by which Defendant will make up to (4) productions of ESI responsive to Plaintiffs' Second Set of Requests for Production of Documents Propounded to Defendant (Aug. 30, 2012), as amended and supplemented by Plaintiffs' counsel's letter to Defendant's counsel (Oct. 24, 2012), thereby completing production by April 30, 2013:

- Defendant's Production #13  April 12, 2013
- Defendant's Production #14  April 19, 2013
- Defendant's Production #15  April 26, 2013
- Defendant's Production #16  April 30, 2013

  E. Subject to the Court's approval, the Parties also stipulate to a forty-six (46) day extension of the briefing schedule regarding Plaintiffs' forthcoming Motion for Class Certification in order to permit Defendant to complete its production of ESI and to permit Plaintiffs to complete the deposition(s) of Defendant pursuant to FED. R. CIV. P. 30(b)(6):

- Plaintiffs' Motion for Class Certification  May 24, 2013
- Defendant's Opposition  July 26, 2013
- Plaintiff's Reply  August 30, 2013

---

[1] The Court's Order actually set the due date for Defendant's Opposition as "6/10/12," but the Parties presume that the Court intended to make the due date June 10, *2013*, in consonance with the due dates for Plaintiffs' motion and reply brief.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2287564.1
218800-10002

2

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

F.   No trial date has been set, and there are presently no scheduled dates that would be affected by this request.

RESPECTFULLY SUBMITTED this 26th day of March, 2013.

| BERK LAW PLLC | LOEB & LOEB LLP |
|---|---|
| By: /s/ Matthew J. Bonness, CSB #229226<br>Steven N. Berk, *Admitted PHV*<br>Email:  steven@berklawdc.com<br>Matthew J. Bonness, CSB #229226<br>Email:  matt@berklawdc.com<br>BERK LAW PLLC<br>2002 Massachusetts Ave., NW, Suite 100<br>Washington, DC  20036<br>Telephone:   (202) 232-7550<br>Facsimile:    (202) 232-7556 | By: /s/ Michael B. Shortnacy, CSB #277035<br>Michael L. Mallow, CSB #188745<br>Email:  mmallow@loeb.com<br>Denise A. Smith-Mars, CSB # 215057<br>Email:  dmars@loeb.com<br>Michael B. Shortnacy, CSB #277035<br>Email:  mshortnacy@loeb.com<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, California  90067<br>Telephone: (310) 282-2000<br>Facsimile:  (310) 282-2200 |
| *Attorneys for Individual and Representative Plaintiffs Alex Soto and Vince Eagen*<br>[Additional Counsel Appear on Next Page] | *Attorneys for Defendant* |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2287564.1
218800-10002

3

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:    (415) 433-7311

Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Kimberlee L. Gunning, *Admitted PHV*
Email: kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:   (206) 816-6603
Facsimile:     (206) 350-3528

Lawrence Deutsch, *Admitted PHV*
Email: ldeutsch@bm.net
Shanon Carson, *Admitted PHV*
Email: scarson@bm.net
Eugene Tompkins, *Admitted PHV*
Email: gtompkins@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone:   (215) 875-3062
Facsimile:     (215) 875-4604

*Attorneys for Individual and Representative Plaintiffs Alex Soto and Vince Eagen*

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2287564.1
218800-10002

4

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

**[PROPOSED] CASE MANAGEMENT ORDER**

Good cause appearing therefor, the above JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: ~~March _____, 2013.~~

April 1, 2013

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2287564.1
218800-10002

5

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

# CERTIFICATE OF SERVICE

I, Michael B. Shortnacy, hereby certify that on March 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Beth E. Terrell, CSB #178181
Email:  bterrell@tmdwlaw.com
Kimberlee L. Gunning, *Admitted PHV*
Email:  kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:   (206) 816-6603
Facsimile:     (206) 350-3528

Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:   (415) 433-4949
Facsimile:     (415) 433-7311

Steven N. Berk, *Admitted PHV*
Email:  steven@berklawdc.com
Matthew J. Bonness, CSB #229226
Email:  matt@berklawdc.com
BERK LAW PLLC
2002 Massachusetts Ave., NW, Suite 100
Washington, DC  20036
Telephone:   (202) 232-7550
Facsimile:     (202) 232-7556

Lawrence Deutsch, *Admitted PHV*
Email:  ldeutsch@bm.net
Shanon Carson, *Admitted PHV*
Email:  scarson@bm.net
Eugene Tompkins, *Admitted PHV*
Email:  gtompkins@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone:   (215) 875-3062
Facsimile:     (215) 875-4604

*Attorneys for Individual and Representative Plaintiffs Alex Soto and Vince Eagen*

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2287564.1
218800-10002

6

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

1  DATED this 26th day of March, 2013.

2
               LOEB & LOEB LLP
3
               By:  /s/ Michael B. Shortnacy, CSB #277035
4                   Michael L. Mallow, CSB #188745
                    Email:  mmallow@loeb.com
5                   Denise A. Smith-Mars, CSB # 215057
                    Email:  dmars@loeb.com
6                   Michael B. Shortnacy, CSB #277035
                    Email:  mshortnacy@loeb.com
7                   10100 Santa Monica Blvd., Suite 2200
                    Los Angeles, California  90067
8                   Telephone:       (310) 282-2000
                    Facsimile:       (310) 282-2200
9

10             *Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2287564.1
218800-10002

7

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI