MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
DENISE A. SMITH-MARS (SBN 215057)
dmars@loeb.com
MICHAEL B. SHORTNACY (SBN 277035)
mshortnacy@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SOTO and VINCE EAGEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 3:12-cv-1377-SI<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: March 19, 2012<br>Trial Date: None set |

This stipulation is entered into by Plaintiffs Alex Soto and Vince Eagen ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Honda" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

A.      Plaintiffs filed their Class Action Complaint in the subject action on March 19, 2012.

B.      In light of the Parties' discussions as to possible resolution of the case, the Parties proposed a brief extension of time for Defendant to produce certain Electronically Stored Information ("ESI"), and for Plaintiffs to complete the Rule 30(b)(6) deposition of Defendant and to file the Motion for Class Certification. On April 1, 2013, the Court

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2294161.1
218800-10002

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

adopted the Parties' proposed ESI production and class certification briefing schedule as follows [Docket Entry. No. 67]:

- Defendant's Production #13   April 12, 2013
- Defendant's Production #14   April 19, 2013
- Defendant's Production #15   April 26, 2013
- Defendant's Production #16   April 30, 2013
- Plaintiffs' Motion for Class Certification   May 24, 2013
- Defendant's Opposition   July 26, 2013
- Plaintiffs' Reply   August 30, 2013

C. In accordance with the Court's April 1 Order, Defendant produced ESI on April 12, 19, and 26.

D. The Parties have recently engaged in further discussion about potential resolution of the case, and have scheduled an in-person conference with counsel to further discuss resolution and to potentially mediate the case.

E. Because of these settlement discussions, and should these discussions not lead to the ultimate resolution of the case, the Parties require additional time within which to complete ESI discovery, the Rule 30(b)(6) deposition, and filing the intended Motion for Class Certification.

F. The Parties therefore respectfully ask the Court to adopt the following slightly modified schedule:

- Defendant's Production #16   May 10, 2013
- Defendant's Production #17   May 17, 2013
- Plaintiffs' Motion for Class Certification   June 7, 2013
- Defendant's Opposition   August 9, 2013
- Plaintiffs' Reply   September 13, 2013

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2294161.1
218800-10002

2

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

G.    No trial date for this case has been set.

RESPECTFULLY SUBMITTED this 29th day of April, 2013.

| BERK LAW PLLC | LOEB & LOEB LLP |
|---|---|
| By: /s/ Matthew J. Bonness<br>    Steven N. Berk, *Admitted PHV*<br>    Email:  steven@berklawdc.com<br>    Matthew J. Bonness, CSB #229226<br>    Email:  matt@berklawdc.com<br>    BERK LAW PLLC<br>    2002 Massachusetts Ave., NW, Suite 100<br>    Washington, DC  20036<br>    Telephone:  (202) 232-7550<br>    Facsimile:   (202) 232-7556<br><br>*Attorneys for Individual and Representative*<br>*Plaintiffs Alex Soto and Vince Eagen*<br>[Additional Counsel Appear on Next Page] | By: /s/ Michael B. Shortnacy<br>    Michael L. Mallow, CSB #188745<br>    Email:  mmallow@loeb.com<br>    Denise A. Smith-Mars, CSB # 215057<br>    Email:  dmars@loeb.com<br>    Michael B. Shortnacy, CSB #277035<br>    Email:  mshortnacy@loeb.com<br>    10100 Santa Monica Blvd., Suite 2200<br>    Los Angeles, California  90067<br>    Telephone:      (310) 282-2000<br>    Facsimile: (310) 282-2200<br><br>*Attorneys for Defendant* |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2294161.1
218800-10002

3

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone: (415) 433-4949
Facsimile:  (415) 433-7311

Beth E. Terrell, CSB #178181
Email:  bterrell@tmdwlaw.com
Kimberlee L. Gunning, *Admitted PHV*
Email:  kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone: (206) 816-6603
Facsimile:  (206) 350-3528

Lawrence Deutsch, *Admitted PHV*
Email:  ldeutsch@bm.net
Shanon Carson, *Admitted PHV*
Email:  scarson@bm.net
Eugene Tompkins, *Admitted PHV*
Email:  gtompkins@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone:  (215) 875-3062
Facsimile:   (215) 875-4604

*Attorneys for Individual and Representative Plaintiffs Alex Soto and Vince Eagen*

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2294161.1
218800-10002

4

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

**[PROPOSED] CASE MANAGEMENT ORDER**

Good cause appearing therefor, the above JOINT STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: ~~April _____, 2013.~~

5/2/13

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2294161.1
218800-10002

5

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

# CERTIFICATE OF SERVICE

I, Michael B. Shortnacy, hereby certify that on April 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Beth E. Terrell, CSB #178181
Email:  bterrell@tmdwlaw.com
Kimberlee L. Gunning, *Admitted PHV*
Email:  kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:   (206) 350-3528

Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:   (415) 433-7311

Steven N. Berk, *Admitted PHV*
Email:  steven@berklawdc.com
Matthew J. Bonness, CSB #229226
Email:  matt@berklawdc.com
BERK LAW PLLC
2002 Massachusetts Ave., NW, Suite 100
Washington, DC  20036
Telephone:  (202) 232-7550
Facsimile:   (202) 232-7556

Lawrence Deutsch, *Admitted PHV*
Email:  ldeutsch@bm.net
Shanon Carson, *Admitted PHV*
Email:  scarson@bm.net
Eugene Tompkins, *Admitted PHV*
Email:  gtompkins@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone:  (215) 875-3062
Facsimile:   (215) 875-4604

*Attorneys for Individual and Representative Plaintiffs Alex Soto and Vince Eagen*

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2294161.1
218800-10002

6

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI

DATED this 29th day of April, 2013.

                                    LOEB & LOEB LLP

By: /s/ Michael B. Shortnacy, CSB #277035
Michael L. Mallow, CSB #188745
Email: mmallow@loeb.com
Denise A. Smith-Mars, CSB # 215057
Email: dmars@loeb.com
Michael B. Shortnacy, CSB #277035
Email: mshortnacy@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

*Attorneys for Defendant*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2294161.1
218800-10002

7

JOINT STIP. EXTENDING BRIEFING
SCHEDULE OF CLASS CERT. MOTION
CASE NO.: 3:12-CV-1377-SI