MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
DENISE A. SMITH-MARS (SBN 215057)
dmars@loeb.com
MICHAEL B. SHORTNACY (SBN 277035)
mshortnacy@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

**IT IS SO ORDERED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SOTO and VINCE EAGEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 3:12-cv-1377-SI<br><br>**STIPULATION OF CONSENT TO AMENDMENT OF THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 19, 2012<br>Trial Date: None set |

Defendant American Honda Motor Co., Inc. ("AHM" or "Defendant") hereby consents, pursuant to FED. R. CIV. P. 15(a)(2) to Plaintiffs' amendment of the First Amended Complaint in the form of Exhibit 1 annexed hereto.  For the Court's convenience, a redline comparison of the First Amended Complaint (Dkt. 11) and the proposed Second Amended Complaint (Exh. 1) is also attached hereto is Exhibit 2.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2320378.1
218800-10002

STIPULATION OF CONSENT TO AMENDMENT
OF THE FIRST AMENDED COMPLAINT
CASE NO.: 3:12-CV-1377-SI

RESPECTFULLY SUBMITTED this 13th day of September, 2013.

                              LOEB & LOEB LLP

                              By: /s/ Michael B. Shortnacy
                                 Michael L. Mallow, CSB #188745
                                 Email:  mmallow@loeb.com
                                 Denise A. Smith-Mars, CSB # 215057
                                 Email:  dmars@loeb.com
                                 Michael B. Shortnacy, CSB #277035
                                 Email:  mshortnacy@loeb.com
                                 10100 Santa Monica Blvd., Suite 2200
                                 Los Angeles, California  90067
                                 Telephone: (310) 282-2000
                                 Facsimile:  (310) 282-2200

*Attorneys for Defendant*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2320378.1
218800-10002

2

STIPULATION OF CONSENT TO AMENDMENT
OF THE FIRST AMENDED COMPLAINT
CASE NO.: 3:12-CV-1377-SI

# CERTIFICATE OF SERVICE

I, Michael B. Shortnacy, hereby certify that on September 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Beth E. Terrell, CSB #178181
Email:  bterrell@tmdwlaw.com
Kimberlee L. Gunning, *Admitted PHV*
Email:  kgunning@tmdwlaw.com
TERRELL MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:       (206) 816-6603
Facsimile:         (206) 350-3528

Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:       (415) 433-4949
Facsimile:         (415) 433-7311

Steven N. Berk, *Admitted PHV*
Email:  steven@berklawdc.com
Matthew J. Bonness, CSB #229226
Email:  matt@berklawdc.com
BERK LAW PLLC
2002 Massachusetts Ave., NW, Suite 100
Washington, DC  20036
Telephone:       (202) 232-7550
Facsimile:         (202) 232-7556

Lawrence Deutsch, *Admitted PHV*
Email:  ldeutsch@bm.net
Shanon Carson, *Admitted PHV*
Email:  scarson@bm.net
Eugene Tompkins, *Admitted PHV*
Email:  gtompkins@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone:       (215) 875-3062
Facsimile:         (215) 875-4604

*Attorneys for Individual and Representative
Plaintiffs Alex Soto and Vince Eagen*

By: /s/ Michael B. Shortnacy
       Michael B. Shortnacy, CSB #277035
       Email: mshortnacy@loeb.com
       10100 Santa Monica Blvd., Suite 2200
       Los Angeles, California  90067
       Telephone:       (310) 282-2000
       Facsimile:         (310) 282-2200

       Attorneys for Defendant American
       Honda Motor Co., Inc.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2320378.1
218800-10002

STIPULATION OF CONSENT TO AMENDMENT
OF THE FIRST AMENDED COMPLAINT
CASE NO.: 3:12-CV-1377-SI