UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SOTO and VINCE EAGEN, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>  Defendant. | Case No.: 3:12-cv-01377-SI<br><br>Assigned to Hon. Susan Illston<br><br>Courtroom: 10<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR AN EXPEDITED HEARING DATE<br><br>CLASS ACTION<br><br>Complaint Filed:   March 19, 2012 |

Having received the Parties' Joint Case Management Statement and Joint Request for an Expedited Hearing Date on Plaintiffs' forthcoming Unopposed Motion for Preliminary Approval of Class Action Settlement, IT IS HEREBY ORDERED:

Counsel for all Parties may appear telephonically for the Joint Case Management conference scheduled for Thursday, September 19, 2013; and

Plaintiff may notice their forthcoming Unopposed Motion for Preliminary Approval of Class Action Settlement for, and the Court will hear said motion on an expedited basis, on Friday, [9/27/13], 2013, at 9:00 a.m. in Courtroom 10 of the San Francisco Courthouse.

Date: September 16, 2013.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT CASE MANAGEMENT STATEMENT AND JOINT REQUEST FOR AN EXPEDITED HEARING DATE ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1
CASE NO. 3:12-CV-01377-SI
LA2320109.1
218800-10002

CERTIFICATE OF SERVICE

I, Matthew J. Bonness, hereby certify that on September 13, 2013, I electronically filed the foregoing **Joint Case Management Statement and Joint Request for an Expedited Hearing Date on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement** and accompanying **[Proposed] Order** granting the same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael L. Mallow, CSB #188745
    Email: mmallow@loeb.com
    Denise A. Smith-Mars, CSB # 215057
    Email: dmars@loeb.com
    Michael B. Shortnacy, CSB #277035
    Email: mshortnacy@loeb.com
    LOEB & LOEB LLP
    10100 Santa Monica Blvd., Suite 2200
    Los Angeles, California 90067
    Telephone: (310) 282-2000
    Facsimile: (310) 282-2200

    *Attorneys for Defendant*

DATED this 13th day of September, 2013.

    BERK LAW PLLC

    By: /s/ Matthew J. Bonness, CSB #229226
    Matthew J. Bonness, CSB #229226
    Email: matt@berklawdc.com
    2002 Massachusetts Ave., NW, Suite 100
    Washington, DC 20036
    Telephone: (202) 232-7550
    Facsimile: (202) 232-7556

    *Attorneys for Individual and Representative*
    *Plaintiffs Alex Soto and Vince Eagen*