UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE EAGEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | Case No.: 3:12-cv-01377-SI<br><br>Assigned to Hon. Susan Illston<br><br>Courtroom: 10<br><br>[~~REVISED PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, AND CLASS REPRESENTATIVE PAYMENT, AND FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE  AS AMENDED<br><br><u>CLASS ACTION</u><br><br>Complaint Filed:  March 19, 2012 |

**[REVISED PROPOSED] FINAL ORDER AND JUDGMENT**

On October 9, 2013, the Court entered a Preliminary Approval Order (Dkt. #89) that preliminarily approved the Settlement Agreement in this Litigation and specified the manner in which the Settlement Administrator, Defendant American Honda Motor Co., Inc. ("AHM"), was to provide notice to the Settlement Class.  The Settlement Agreement (Dkt. #73-1), which is incorporated herein by reference, sets forth the terms and conditions for a settlement and dismissal with prejudice of the Litigation.  Terms and phrases in this Final Order and Judgment, unless otherwise defined herein, shall have the same meaning as ascribed to them in the Settlement Agreement.

After entry of the Preliminary Approval Order directing dissemination of Notice in accordance with the Notice plan set forth in the Settlement Agreement, the Settlement Administrator caused the Notice to be mailed to Settlement Class Members via first class U.S. Mail, postage prepaid.  (*See* Dkt. #106 ¶¶ 4-7.)  Settlement Class Members' mailing addresses were obtained via a good faith search of Department of Motor Vehicle

1  registration data for each State, the District of Columbia, Puerto Rico and Saipan, and
2  procedures were put into place for updating mailing addresses and the handling of returned
3  mail.  (*Id.*)  In addition, a dedicated settlement website containing the Settlement
4  Agreement, the Notice, the Claim Form, and other relevant settlement and Court
5  documents was created, and a toll-free telephone number with live-agent support and pre-
6  recorded frequently asked questions dedicated to this settlement was also put into place.
7  (*Id.* ¶¶ 8-9, 12.)  Both remain operative to this day.  (*Id.* ¶¶ 10, 12.)

8        Following the dissemination of the Notice, and the posting of the Notice on the
9  settlement website, Settlement Class Members were given an opportunity to:  (i) submit
10 timely requests for exclusion from the Settlement Class; or (ii) object to the Settlement
11 Agreement (including the Class Counsel Fees and Expenses Award and Named Plaintiff's
12 Incentive Award) and provide notice of their intent to appear at the Final Approval
13 Hearing.

14       From among a Settlement Class of over 1.87 million current or former owners or
15 lessees of Settlement Class Vehicles (Dkt. # 106, ¶ 4-5), the Court reviewed each of the
16 objection letters submitted by the parties (Dkt. #103-2; #104-4; #104-5; #106-1; #106-2),
17 which were less than 25 in number—some of which were procedurally deficient, and one
18 of which was withdrawn (*see* Dkt. ## 103 at 1 n.1; #104 ¶¶ 9-12).  The Court also received
19 from the Settlement Administrator copies of two-hundred and eighteen (218) requests for
20 exclusion from the settlement (Dkt. #104 ¶¶ 5-6; #104-1; #104-2).

21       The Final Approval Hearing was held on March 21, 2014, at 9:00 a.m.  No
22 Settlement Class Members provided notice of their intent to appear at the Final Approval
23 Hearing to object to, or otherwise comment on, the settlement, and, in fact, no Settlement
24 Class Members did appear at the Final Approval Hearing.

25       NOW THEREFORE, this matter having been brought before the Court on the
26 motion of Named Plaintiff, through his attorneys, the Court having fully considered the
27 terms of the Settlement Agreement and all submissions made in connection with it, finds
28 that the Settlement Agreement and the settlement should be finally approved as fair,

1  reasonable and adequate and the Litigation dismissed with prejudice as to all Settlement
2  Class Members who have not timely excluded themselves from the Settlement Class, and
3  without prejudice as to all persons who timely excluded themselves from the Settlement
4  Class as set forth on the list of Opt-Outs (Dkt. #104-1), and further finds the Released
5  Claims are subject to the Release in accordance with FED. R. CIV. P. 54 and other
6  applicable laws.

7       The Court hereby makes the following findings of fact and conclusions of law:

8       1.   The Court finds it has personal jurisdiction over the Named Plaintiff and all
9  members of the Settlement Class and has subject matter jurisdiction to approve the
10 settlement and Settlement Agreement and all Exhibits thereto.

11      2.   The Court finds this Order is being entered more than ninety (90) days after
12 AHM provided notice of the proposed settlement to the Attorney General of the United
13 States and the attorneys general of the States (*see* Dkt. 83, ¶ 3) as required by 28 U.S.C.
14 § 1715(b), complying fully with 28 U.S.C. § 1715(d).

15      3.   The Court finds that the manner of dissemination and content of the Notice
16 as specified in detail in the Settlement Agreement:

17      i.   constituted the best notice practicable;
18      ii.  constituted notice that was reasonably calculated under the circumstances
19           to apprise Settlement Class Members of the pendency of the Litigation, of
20           their right to object to or exclude themselves from the proposed
21           settlement, of their right to appear at the Final Approval Hearing, and of
22           their right to seek monetary and other relief;
23      iii. constituted reasonable, due, adequate and sufficient notice to all persons
24           entitled to receive notice, and
25      iv.  met all applicable requirements of Due Process and any other applicable
26           law or requirement.  Full and fair opportunity has been afforded to the
27           members of the Settlement Class to be heard at and to participate in the
28           Final Approval Hearing.

4. According to its terms, the settlement provides cash reimbursements to Settlement Class Members for eligible Out-of-Pocket Expenses relating to previous repairs for Engine Misfire, and provides an extension of the Powertrain Limited Warranty for Engine Misfire for a total period of eight years from date of original purchase or lease of each Settlement Class Vehicle without mileage limitation. The Court therefore finds that the settlement set forth in the Settlement Agreement is fair, reasonable and adequate as to the Parties and as it applies to the Settlement Class, and in compliance with all requirements of Due Process and applicable law, as to and in the best interests of the Parties and members of the Settlement Class, and directs consummation of all of its terms and provisions, and any objections thereto are hereby overruled.

5. With respect to the Settlement Class, the Court finds and concludes, for settlement purposes only, that: (i) the Settlement Class Members are so numerous as to make joinder impracticable; (ii) there are questions of law and fact common to the Settlement Class, and such questions predominate over any questions affecting only individual Settlement Class Members; (iii) the Named Plaintiff's claims and the defenses thereto are typical of the claims of Settlement Class Members and the defenses thereto; (iv) the Named Plaintiff and his counsel can protect and have fairly and adequately protected the interests of the Settlement Class Members in the Litigation; and (v) a class action is superior to all other available methods for fairly and efficiently resolving the Litigation and provides substantial benefits to the Settlement Class Members and the Court. The Court therefore determines that this action satisfies the prerequisites for class certification for settlement purposes pursuant to FED. R. CIV. P. 23.

6. The Court further finds that the Settlement Agreement is supported by the vast majority of the members of the Settlement Class. The 218 Settlement Class Members who have opted out of the Settlement Class, and the objections submitted, numbering less than 25, are few when compared to the 1.87 million Settlement Class Members. The terms of this Final Order and Judgment and the Settlement Agreement do not apply to any persons the Parties agree submitted timely requests for exclusion, unless such persons elect

to claim the benefits set forth in the Settlement Agreement, thereby choosing to rescind their requests for exclusion from the Settlement Class.

7.  None of the objections raised by Settlement Class Members, or any other parties, identify any issues with the settlement that undermine or detract from the Settlement's fairness, reasonableness, or adequacy, or from the reasonableness or legality of Class Counsel's request for the Class Counsel Fees and Expenses Award and Named Plaintiff Vince Eagen's Incentive Award.

8.  The Court recognizes that the Settlement Agreement and the settlement expressly exclude from the Release any and all personal injury claims.  (*See* Dkt. #73-1, Section I(W) & (X), Section III, Section V(D).)

9.  The Court finds that the Settlement Agreement and the settlement provided for therein and any proceeding taken pursuant thereto are not and should not in any event be offered or received as evidence of, a presumption, concession or an admission of liability, a defect, or of any misrepresentation or omission in any statement or written document approved or made by AHM or any Releasee of the suitability of these or similar claims to class treatment in active litigation and trial; provided, however, that reference may be made to the Settlement Agreement and the settlement provided for therein in such proceedings as may be necessary to effectuate the settlement.

10. The Court finds that the Parties and the Settlement Administrator have fully complied with their respective obligations as set forth in the Preliminary Approval Order entered by this Court on October 9, 2013.

Based upon the foregoing findings of fact and conclusions of law, which are based upon and supported by the substantial evidence presented by the Parties hereto and members of the Settlement Class, all of which the Court has considered and is in the record before the Court,

IT IS HEREBY ORDERED as follows:

11. The preliminary certification of the Settlement Class in the Preliminary Approval Order is hereby confirmed and made final for purposes of the Settlement

Agreement as approved by this Final Order and Judgment. Pursuant to FED. R. CIV. P. 23, the Court hereby certifies, for settlement purposes only, a Settlement Class defined as follows:

> All purchasers and lessees who reside in, and who purchased or leased their vehicles in the United States (other than for purposes of resale or distribution), of any: (a) Model-Year 2008, 2009, 2010, 2011, and 2012 Honda Accord vehicles equipped with a 6-cylinder engine with VCM-2; (b) Model-Year 2008, 2009, 2010, 2011, 2012, and 2013 Honda Odyssey vehicles equipped with a 6-cylinder engine with VCM-2; (c) Model-Year 2009, 2010, 2011, 2012, and 2013 Honda Pilot vehicles equipped with a 6-cylinder engine with VCM-2; (d) Model-Year 2010, and 2011 Honda Accord Crosstour vehicles equipped with a 6-cylinder engine with VCM-2; and (e) Model Year 2012 Crosstour vehicles equipped with a 6-cylinder engine with VCM-2.

12. Specifically excluded from the Settlement Class are the following persons: (a) AHM; (b) any affiliate, parent or subsidiary of AHM; (c) any entity in which AHM has a controlling interest; (d) any officer, director, or employee of AHM; (e) any successor or assign of AHM; (f) any Judge to whom the Litigation is assigned; (g) anyone who purchased a Settlement Class Vehicle for purposes of resale; (h) any owners or lessees of Settlement Class Vehicles that were not distributed for sale or lease in the United States, the District of Columbia, Puerto Rico or Saipan; and (i) all persons who have timely elected to opt out of or exclude themselves from the Settlement Class in accordance with this Court's Orders.

13. The Settlement Class shall include all original purchasers and lessees as well as subsequent purchasers and lessees who purchased or leased a Settlement Class Vehicle.

14. The proposed method for providing relief to Settlement Class Members, as set forth in the Settlement Agreement, is finally approved as fair, reasonable, adequate, just, and in the best interests of the Settlement Class, and the Parties are hereby ordered to provide and comply with the relief described in the Settlement Agreement in accordance with its terms.

15. For settlement purposes only, the Court confirms its appointment of AHM as Settlement Administrator, and finds the Settlement Administrator has fully discharged its duties as set forth in the Settlement Agreement.

16. The Court confirms its appointment of Class Counsel, for settlement purposes only, of: (1) Berk Law PLLC; (2) Terrell Marshall Daudt & Willie PLLC; (3) Ram, Olson, Cereghino & Kopczynski; and (4) Berger & Montague, P.C., and finds Class Counsel adequately represents the Settlement Class for purposes of entering into and implementing the settlement and Settlement Agreement.

17. The Court confirms its appointment of Named Plaintiff Vince Eagen, for settlement purposes only, and finds Named Plaintiff adequately represents the Settlement Class for purposes of entering into and implementing the settlement and Settlement Agreement.

18. The Court awards a Named Plaintiff's Incentive Award of one thousand dollars ($1,000.00) to Named Plaintiff Vince Eagen and a Class Counsel Fees and Expenses Award in the amount of eight-hundred thousand dollars ($800,000.00) to Class Counsel. These amounts shall be paid and distributed in accordance with the provisions of the Settlement Agreement.

19. The motion for final approval of all the terms set forth in the Settlement Agreement is GRANTED, and the Court hereby overrules all objections on the merits, as untimely and/or not in accordance with the Court's previous orders, and directs consummation of all of the Settlement Agreement's terms and provisions.

20. Specifically, the Court overrules all objections concerning the amount of the Class Counsel Fees and Expenses Award. The Court finds that under both the lodestar and percentage-of-the-recovery analyses, the Class Counsel Fees and Expenses Award ($800,000) is well supported, given the projected maximum value of both the Warranty Extension and reimbursement components of the settlement (approximately $39.9 million (Dkt. # 98-3) and, at least, $477,900 (*see* Dkt. #106 ¶ 14), respectively), and Class Counsel's represented lodestar, which as of January 10, 2014, was identified as more than $1.6 million (*see* Dkt. #93-1 ¶ 3; #94 ¶¶ 5, 7; #95 ¶ 13; #96 ¶¶ 4, 6). *See, e.g.*, *Six Mexican Workers v. Ariz. Citrus Growers*, 904 F.2d 1301, 1311 (9th Cir. 1990); *see also In re Wash. Pub. Power Supply Sys. Sec. Litig.*, 19 F.3d 1291, 1295-96 (9th Cir. 1994).

1  ~~Consistent with the Preliminary Approval Order (Dkt. #89 ¶ 15) and the Class Notice~~
2  ~~(Dkt. #93-4 at 8-9), Settlement Class Members are foreclosed from seeking any~~
3  ~~adjudication or review of the settlement and this Final Approval Order by appeal or~~
4  ~~otherwise, because no Settlement Class Members appeared at the Final Approval Hearing~~.
5  ~~*See Devlin v. Scardelleti*, 536 U.S. 1, 11 (2002)~~).

6      21.    The Court approves the list of Opt-Outs attached hereto as Exhibit A and
7  determines that Exhibit A is a complete list of all Settlement Class Members who timely
8  have requested exclusion from the Settlement Class and, accordingly, shall neither share in
9  nor be bound by the Final Order and Judgment, subject to the terms of the Settlement
10 Agreement.  Settlement Class Members appearing on this Opt-Out list that elect to receive
11 benefits under the Settlement Agreement shall be deemed to have rescinded their request
12 to exclude themselves from the settlement, thereby once again becoming members of the
13 Settlement Class and subject to the terms of the Settlement Agreement and this Court's
14 orders.

15     22.    The Court adjudges that the Named Plaintiff and Settlement Class Members
16 have conclusively compromised, settled, dismissed and released any and all Released
17 Claims against AHM and the Releasees.

18     23.    The Court declares that the Settlement Agreement and this Final Order and
19 Judgment to be binding on, and have *res judicata* and preclusive effect in all pending and
20 future lawsuits or other proceedings encompassed by the Release and the Released Claims
21 maintained by or on behalf of the Named Plaintiff and all other Settlement Class Members,
22 as well as their successors, assigns, past, present, and future parents, subsidiaries, joint
23 venturers, partnerships, related companies, affiliates, unincorporated entities, divisions,
24 groups, directors, officers, shareholders, employees, agents, representatives, servants,
25 partners, executors, administrators, assigns, predecessors, successors, descendants,
26 dependents, and heirs.

27     24.    By operation of this Final Order and the Judgment entered therewith,
28 effective as of the Effective Date, and in consideration of the Settlement Agreement and

the benefits extended to the Settlement Class, the Named Plaintiff, on behalf of himself and the Settlement Class Members, and each Settlement Class Member, on behalf of himself or herself or itself and his or her or its respective successors, assigns, past, present, and future parents, subsidiaries, joint venturers, partnerships, related companies, affiliates, unincorporated entities, divisions, groups, directors, officers, shareholders, employees, agents, representatives, servants, partners, executors, administrators, assigns, predecessors, successors, descendants, dependents, and heirs, do or by operation of this Final Order and Judgment are deemed to have fully released and forever discharged the Releasees from the Released Claims in accordance and consistent with the terms of the Settlement Agreement, but not as to any obligations created or owed to them under the terms of the Settlement Agreement.

25.   The Court dismisses on the merits and with prejudice the Second Amended Complaint in this Litigation without fees or costs except as provided in the Settlement Agreement. Upon the Effective Date, the Named Plaintiff and all members of the Settlement Class who have not been excluded from the settlement, whether or not they submit a Claim Form within the time and in the manner provided for, shall be barred from asserting any Released Claim against AHM, and any such members of the Settlement Class shall have released any and all Released Claims against the Releasees.

26.   Effective as of the date of this Order, to the fullest extent permitted by law, the Court orders and enters a permanent injunction barring and enjoining the Settlement Class Members from: (i) filing, commencing, prosecuting, intervening in or participating (as class members or otherwise) in any other lawsuit or administrative, regulatory, arbitration or other proceeding in any jurisdiction based on, relating to or arising out of the claims and causes of action or the facts and circumstances arbitration or other proceeding in any jurisdiction based on, relating to or arising out of the claims and causes of action or the facts and circumstances giving rise to the Litigation or the Released Claims; and (ii) organizing Settlement Class Members who have not been excluded from the class into a separate class for purposes of pursuing as a purported class action any lawsuit or

arbitration or other proceeding (including by seeking to amend a pending complaint to include class allegations or seeking class certification in a pending action) based on, relating to or arising out of the claims and causes of action or the facts and circumstances giving rise to the Litigation and/or the Released Claims; the terms of the Release shall not apply to the Opt-Outs listed on Exhibit A hereto or to any other persons the Parties agree in writing submitted timely and valid requests for exclusion and should also be listed as Opt-Outs unless such persons elect to claim the benefits set forth in the Settlement Agreement thereby choosing to rescind their requests for exclusion from the Settlement Class.

27. The Court hereby authorizes the Parties, without further approval from the Court, to adopt such amendments, modifications and expansions of the Settlement Agreement and all Exhibits hereto as: (i) shall be consistent in all material respects with this Final Order and Judgment; and (ii) do not limit the rights of the Parties or Settlement Class Members.

28. If (i) the Effective Date does not occur for any reason whatsoever, or (ii) the Settlement Agreement becomes null and void pursuant to the terms of the Settlement Agreement, this Final Order and Judgment shall be deemed vacated and shall have no force or effect whatsoever.

29. Without affecting in any way the finality of the judgment entered under this Final Order and Judgment, this Court reserves continuing and exclusive jurisdiction over the Parties, including all Settlement Class Members, and the execution, consummation, administration and enforcement of the terms of the Settlement Agreement.

30. The Court finds that there is no reason for delay and directs the Clerk to enter this Final Order and Judgment in accordance with the terms of this Final Order and Judgment as of the date of this Order.

IT IS SO ORDERED.

Dated: _____March____, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| No. | Name | City | State |
|---|---|---|---|
| 1 | Joyce Whatley | Atmore | AL |
| 2 | Wendell Woodall | Russellville | KY |
| 3 | Michael Bonetti | Boston | MA |
| 4 | Amanda D. Moore | Marietta | GA |
| 5 | Mark Potter | St. George | UT |
| 6 | Eric Clarke | La Plata | MD |
| 7 | David Stonberg | Scardale | NY |
| 8 | Sheila Roche | Birmingham | AL |
| 9 | Leanda Rainey | Ruskin | FL |
| 10 | Eleen Frenyea | Plattsburgh | NY |
| 11 | Susan Grier | Greenville | SC |
| 12 | Cheryl Ahmad | Lakewood | OH |
| 13 | Keith Moore | Madison | TN |
| 14 | Frank Mancuso | Marlton | OH |
| 15 | Andrew Krawciw | Highlands Ranch | CO |
| 16 | Stacy Budkofsky | Closter | NJ |
| 17 | Douglas Gahn | Lincoln | NE |
| 18 | Ruth Eliason | Delaware | OH |
| 19 | Edward Kleinman | Dayton | OH |
| 20 | Rema Kathleen | Lithonia | GA |
| 21 | Michael Tirriff | Neptune | NJ |
| 22 | Lauren Bacon | Springfield | MO |
| 23 | Colleen Gaynor | Huntley | IL |
| 24 | Carol Kessler | Pinnacle | NC |
| 25 | Curtis Hall | Wilmette | IL |
| 26 | Crystal Veazey | Florence | MS |
| 27 | Joseph Ackerman | Erie | PA |
| 28 | Laurie Scott | Helena | MT |
| 29 | Mark Carey | Old Forge | PA |
| 30 | Thomas Greenlee | The Villages | FL |
| 31 | Donna Brewer | Dalton | MA |
| 32 | Gary Dean Hawk | Makanda | IL |
| 33 | Seth LeBlanc | Sorrento | LA |
| 34 | Lori Thompson | Mont Belvieu | TX |
| 35 | Brett Temple | Lorton | VA |
| 36 | Sonia Noriega | El Paso | TX |
| 37 | Scott Szalay | Portland | OR |
| 38 | Cynthia Harris | Decatur | GA |
| 39 | Ashley Tullio | Chesapeake | VA |
| 40 | Courtney Hesser | Columbus | NE |
| 41 | David Ven | Kansas City | MO |
| 42 | Nathan Custer | Yorktown | VA |
| 43 | Kenneth Bowers II | El Cajon | CA |
| 44 | Greg Wolf | Geneseo | IL |
| 45 | Sharon Siegenthaler | Artesia | NM |
| 46 | Kimberly Dumitrica | Saint Paul | MN |
| 47 | Richard Bender | Iowa City | IA |
| 48 | Annie S. Williams | El Paso | TX |

| No. | Name | City | State |
|---|---|---|---|
| 52 | Barbara Wangerin | Olton | TX |
| 53 | Todd W. Raney | Poplar Bluff | MO |
| 54 | Joann Bullock | Neshanic Station | NJ |
| 55 | Ann K. Piehl | Dexter | MI |
| 56 | Gordon Graham | Dillon | MT |
| 57 | Ralph Griffith | Lubbock | TX |
| 58 | George F. Johnston | Cincinnati | OH |
| 59 | Greta S. Bellis | Eagle Point | OR |
| 60 | James A. Urban | Farmington | MN |
| 61 | Jonathan E. Groff | Fort Meade | MD |
| 62 | Delores M. Law | Pittsburgh | PA |
| 63 | Robert Myers | Spring Hill | FL |
| 64 | Jessica M. Jenkin | Colorado Springs | CO |
| 65 | Cheryl S. Romano | Cleveland | GA |
| 66 | Beverly F. Poppleton | York | ME |
| 67 | Robert Marcellus | Pahrump | NV |
| 68 | John F. Rothhaar | Plymouth | OH |
| 69 | John Rogers | Deerfield Street | NJ |
| 70 | Matthew P. Grisham | Easley | SC |
| 71 | Patricia Tessneer | Shelby | NC |
| 72 | William J. Sherwin | El Paso | TX |
| 73 | Leslie Moody | Winter Springs | FL |
| 74 | Tiffani Robinson | Cisco | TX |
| 75 | Gertude T. Earl | Ostrander | OH |
| 76 | Robert Tuxbury | Alamo | TX |
| 77 | Barth F. Aaron | Reno | NV |
| 78 | Heather K. Crowe | Stater Island | NY |
| 79 | Herbert A. Rupert | Parrottsville | TN |
| 80 | Gregory M. Wagenknecht | Earlville | MD |
| 81 | Charles Lemley | Bruceton Mills | WV |
| 82 | Peter Nieft | Austin | TX |
| 83 | Amy Alves | Evansville | ID |
| 84 | Jennifer L. Weingord | Germantown | MD |
| 85 | Juanita Rougeau | Batan Rouge | LA |
| 86 | Richard Taylor | Atmore | AL |
| 87 | Diane Parry | Plano | TX |
| 88 | William Stafford | Stanford | KY |
| 89 | Donald K. Smith | Hudson | FL |
| 90 | Dena C. Crafton | Bracey | VA |
| 91 | Vinay Mehta | Bridgewater | NJ |
| 92 | Curtis Wolfe | Wamego | KS |
| 93 | Lesley Brindley | Rockledge | FL |
| 94 | Juan Lua | Anaheim | CA |
| 95 | Richard A. Castaldi | Freehold | NJ |
| 96 | Craig L. Warner | Saint Joseph | MO |
| 97 | Kathy A. Kort | Delavan | WI |
| 98 | Christopher J. Rogers | South Jordan | UT |
| 99 | Justin T. Holcombe | White | GA |
| 100 | Kevin Swierczek | Papillon | NE |
| 101 | Janice Campbell | Columbia | MO |

| No. | Name | City | State |
|---|---|---|---|
| 105 | Regina K. Dissler | Del Rio | TX |
| 106 | Marcela Thompson | Oxnard | CA |
| 107 | Kimberly L. Lipari | Carencro | LA |
| 108 | Randall Mitchell | Charlotte | NC |
| 109 | Isaiah Porter Jr. | Fayetteville | AR |
| 110 | Isaiah Porter Jr. | Fayetteville | AR |
| 111 | Barbara J. Bowman | Sabina | OH |
| 112 | Mary F. Turvin | Midland City | AL |
| 113 | David M. Litchel | Lakeland | FL |
| 114 | Debra J. Gault | Merritt Island | FL |
| 115 | Rachana Jain | Santa Clara | CA |
| 116 | Rachana Jain | Santa Clara | CA |
| 117 | Matthew Barber | Bronx | NY |
| 118 | John W. Stickel | Des Moines | IA |
| 119 | Andrew W. Nazzaro, Jr. | Eustis | FL |
| 120 | Monica Segura | La Habra | CA |
| 121 | Richard T. Cosgrove | Glen Rock | NJ |
| 122 | Marie Barbosa | Branchburg | NJ |
| 123 | Angela M. DeVore | Christiansburg | VA |
| 124 | Jeffrey Thiele | Bettendorf | IA |
| 125 | Lynda M Hammagren | Sugar Land | TX |
| 126 | Linferd G. Linabery | Midland | MI |
| 127 | Lorraine S. De Noto | Shoreham | NY |
| 128 | Ronald A. Stewart | Glendora | CA |
| 129 | Sheik W. Huie | DPO | AP |
| 130 | Diamond Tool & Fasteners Inc. | Philadelphia | PA |
| 131 | Duke Suler | Hermitage | PA |
| 132 | Lana R. Mcpherson | De Soto | KS |
| 133 | Warren M. Stanton | San Pedro | CA |
| 134 | Lester Chambers | Prairie Grove | AR |
| 135 | Darren Boyd | New Bern | NC |
| 136 | Elizabeth A. Italia | Conshohocken | PA |
| 137 | David Anderson | Muskegon | MI |
| 138 | Lorrie L. Hargrove | Vestavia | AL |
| 139 | Michele McGrogan | Hazlet | NJ |
| 140 | David L. Haese | Plymouth | WI |
| 141 | Richard Ferpotto | Westville | IL |
| 142 | James L. Falk | Norwalk | CA |
| 143 | Timothy Corcoran | Windsor | CA |
| 144 | Janis Marquez | Seaside | CA |
| 145 | Dinesha P. Mehta | Keller | TX |
| 146 | William Cowan | Escondido | CA |
| 147 | Anne M. Lee | Fayetteville | AR |
| 148 | Helen Novicki | Pittsburgh | PA |
| 149 | Mildred L. Graf | Wichita Falls | TX |
| 150 | Lois M. Wyatt | High Point | NC |
| 151 | Diana M. Chambers | Madison | AL |
| 152 | Jeffry Miller | Southlake | TX |
| 153 | Patricia Hardwick | Aiken | SC |
| 154 | Wayne G. Bulat | Cave Creek | AZ |

| No. | Name | City | State |
|---|---|---|---|
| 157 | Kevin Arly Katz PPT | Beaverton | OR |
| 158 | William F. Frohn | APO | AE |
| 159 | Jamie R. Nobles | Rosharon | TX |
| 160 | Kimberly B. Dyer | Decatur | GA |
| 161 | Vicky L. Niemann | Santa Clara | CA |
| 162 | Elise Yvonne Taylor | Milwaukee | WI |
| 163 | Gregory R. Miller | Niceville | FL |
| 164 | Michael Kurkjian | Avon | OH |
| 165 | Barbara A. Huggins | Steubenville | OH |
| 166 | Amber N. Laven | Hales Corners | WI |
| 167 | Seth M. Hurwitz | Bethesda | MD |
| 168 | Michael A. Johnson | Jonesboro | GA |
| 169 | Timothy E. Schulz | South San Francisco | CA |
| 170 | Debbie A. White | Boise | ID |
| 171 | Ruth M. Kurimoto | San Jose | CA |
| 172 | Joyce S. Havenner | Pierson | FL |
| 173 | Eleanor Epser | Wind Gap | PA |
| 174 | John Carollo | Oak Forest | IL |
| 175 | Bonnie E. Mayo | Cypress | TX |
| 176 | Richard L. Mussi | Woodside | NY |
| 177 | Raymond V. Ksiazek | Delray Beach | FL |
| 178 | Michael R. Meinert | Alamo | CA |
| 179 | Jose Hernandez | Rosemount | MN |
| 180 | Rhonda T. Loyd | Conyers | GA |
| 181 | Donald Bethal | Decatur | AL |
| 182 | Joyce L. Goff | Cumming | GA |
| 183 | Nancy L. Swanson | Wingdale | NY |
| 184 | Richard F. Millard | Bella Vista | CA |
| 185 | Thomas E. Schmitt | PGH | PA |
| 186 | William P. Taylor | Buena Park | CA |
| 187 | Jiang Zhong | Temple City | CA |
| 188 | Brian/Janet McCormick | Tulsa | OK |
| 189 | Cheri Juergens | Port Hueneme | CA |
| 190 | Carrie M. Brosius | Mentor | OH |
| 191 | Robert R. Logan | Columbia | MO |
| 192 | Lonnie L. Olson | North Platte | NE |
| 193 | Robert H. Hobbs | Lynchburg | TN |
| 194 | Alejandra Gomez | San Jose | CA |
| 195 | Delanne C. Moss | Vacaville | CA |
| 196 | Gladys E. Terry | Queens | NY |
| 197 | Dallas G. Thompson, Jr. | Roosevelt | NY |
| 198 | Neil Hrdlick | Phoenix | MD |
| 199 | Bernard J. Babcock | Goodyear | AZ |
| 200 | Eapen M. Chacko | Livonia | MI |
| 201 | Larry Armstrong | San Antonio | TX |
| 202 | Larry Armstrong | San Antonio | TX |
| 203 | John Hollan | Canton | MI |
| 204 | Kerrie A. Johnson | Bradford | VT |
| 205 | Michelle J. Malloy | Chicago | IL |
| 206 | Danny Sperling | West Orange | NJ |

| No. | Name | City | State |
|---|---|---|---|
| 210 | Phillip Angel Faria Jr. | East Patchogue | NY |
| 211 | Ryan Bucher | Northumberland | PA |
| 212 | Alvin Zayas | Vacaville | CA |
| 213 | Jacob Ryan Heisten | Seneca | MO |
| 214 | Dolores Kendall | Omaha | NE |
| 215 | Joe Baldwin | Port Charlotte | FL |
| 216 | Herbert A. Hopkins | Lawrenceville | GA |
| 217 | Tim Guyette | Clayton | CA |
| 218 | Margaret Higginson | Arcata | CA |