UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCE EAGEN, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>　　　　Defendant. | Case No. 3:12-CV-01377-SI<br><br>Assigned to:　Hon. Susan Illston<br><br>Courtroom:　10<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXPEDITED HEARING DATE<br><br>CLASS ACTION<br><br>Complaint Filed: March 19, 2012 |

Having received the parties' Joint Stipulation and request that the Court set the parties' Joint Motion to Partially Reopen the Final Judgment, filed on November 20, 2015 (Dkt. #114), for hearing on an expedited basis,

IT IS HEREBY ORDERED:

That the Court will hear the Joint Motion to Partially Reopen the Final Judgment (Dkt. #114), on Friday, December 18, 2015, at 9:00 a.m.

Dated: December _7_, 2015.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE