**GRANTED**
[signature]
Judge Susan Illston

Michael L. Mallow, SBN 188745
mmallow@sidley.com
Michael B. Shortnacy, SBN 277035
mshortnacy@sidley.com
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

Beth E. Terrell, CSB #178181
Email:  bterrell@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:   (206) 350-3528

[Additional Counsel Appear on Signature Page]

Attorneys for Individual and Representative
Plaintiffs Alex Soto and Vince Eagen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCE EAGEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:12-CV-01377-SI<br><br>Assigned to:  Hon. Susan Illston<br><br>**JOINT STIPULATION PROVIDING NOTICE TO THE COURT OF NON-MATERIAL REVISIONS TO FORM OF SUPPLEMENTAL NOTICE MADE CONSISTENT WITH THE COURT'S DECEMBER 7, 2015 ORDER [DKT. 116]** |

This stipulation is entered into by Plaintiffs Alex Soto and Vince Eagen ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Honda" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

1. On December 7, 2015, the Court issued an Order (the "Order") [Dkt. 116] partially reopening the Final Order and Judgment in this action solely as to the Settlement Class Members with Settlement Class Vehicles registered in the state of Washington who, due to an inadvertent error by the vendor that gathered the mailing addresses based on eligible vehicle identification numbers ("VIN's"), were not mailed the Notice approved by this Court in or around December 2013 (the "Omitted Owner Group"), so that the parties could provide supplemental mailed notice, and all related rights, to the Omitted Owner Group.

2. In its Order, the Court approved the form of the Supplemental Notice and Claim Form to be disseminated to the Omitted Owner Group without material alteration from the exhibits annexed to the Declaration of Michal B. Shortnacy [Dkt. 114-6]. Order at ¶¶ 5, 7.

3. In preparing the documents for printing and mailing by January 29, 2016, as ordered by the court, the Parties have determined that some members of the Omitted Owner Group, whose vehicles were registered in the state of Washington at the time the original Notice list was prepared in September 2013, may have moved outside of the state of Washington. Honda's vendor, R.L. Polk, is obtaining the most

current address information for each member of the Omitted Owner Group, who will be mailed the Supplemental Notice regardless of where they now reside. The Parties therefore made clarifying edits to the Supplemental Notice, which the Parties believe do not materially alter the Court-approved form.

4. Nevertheless, in order to be completely transparent to the Court, the Parties' revisions to the Supplemental Notice and Claim Form are reflected in the attached redline comparisons as against the versions the Court has already approved. *See* **Exhibit A**, attached. R.L. Polk advises that it intends to cause the forms to be printed for mailing on January 19, 2016.

RESPECTFULLY SUBMITTED this 14th day of January, 2016.

| TERRELL MARSHALL LAW GROUP PLLC | SIDLEY AUSTIN LLP |
|---|---|
| By: */s/ Beth E. Terrell*<br>    Beth E. Terrell | By: */s/ Michael B. Shortnacy*<br>    Michael B. Shortnacy<br>    Michael L. Mallow |
| *Attorneys for Individual and Representative Plaintiffs Alex Soto and Vince Eagen* | *Attorneys for Defendant AMERICAN HONDA MOTOR CO., INC.* |

# CERTIFICATE OF SERVICE

I, Michael B. Shortnacy, hereby certify that on January 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Michael F. Ram, CSB #104805<br>mram@rocklawcal.com<br>RAM, OLSON, CEREGHINO<br>& KOPCZYNSKI<br>555 Montgomery Street, Suite 820<br>San Francisco, California  94111<br>Telephone:  (415) 433-4949<br>Facsimile:  (415) 433-7311 | Beth E. Terrell, CSB #178181<br>Email:  bterrell@terrellmarshall.com<br>TERRELL MARSHALL LAW<br>GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>Telephone:  (206) 816-6603<br>Facsimile:  (206) 350-3528 |
| Steven N. Berk, *Admitted PHV*<br>steven@berklawdc.com<br>Matthew J. Bonness, CSB #229226<br>matt@berklawdc.com<br>BERK LAW PLLC<br>2002 Massachusetts Ave., NW, Suite 100<br>Washington, DC  20036<br>Telephone: (202) 232-7550<br>Facsimile: (202) 232-7556 | Lawrence Deutsch, *Admitted PHV*<br>Email:  ldeutsch@bm.net<br>Shanon Carson, *Admitted PHV*<br>Email:  scarson@bm.net<br>Eugene Tompkins, *Admitted PHV*<br>Email:  gtompkins@bm.net<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania  19103<br>Telephone:  (215) 875-3062<br>Facsimile:  (215) 875-4604 |
| | *Attorneys for Individual and Representative Plaintiffs Alex Soto and Vince Eagen* |

Dated:  January 14, 2016

SIDLEY AUSTIN LLP

By: */s/ Michael B. Shortnacy*
Michael B. Shortnacy

*Attorneys for Defendant AMERICAN HONDA MOTOR CO., INC.*

**"EXHIBIT A"**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**A federal court authorized this supplemental notice.**
*This is not a solicitation from a lawyer.*

**If you** ~~live in the state of Washington and you~~ **are a current or former owner or lessee of any of the following Honda vehicles** *equipped with a 6-cylinder* **("V6")** *engine with Variable Cylinder Management* **("VCM-2")** that was registered in the state of Washington as of September 18, 2013 (the "Omitted Owner Group"), **you could receive benefits from a class action settlement concerning** *Engine Misfire*,[1] **including a limited warranty extension and reimbursement of Out-Of-Pocket Expenses for Engine Misfire-related repairs:**

- **2008-2012 Honda Accord;**
- **2008-2013 Honda Odyssey;**
- **2009-2013 Honda Pilot;**
- **2010-2011 Honda Accord Crosstour; or**
- **2012 Honda Crosstour**

*Your legal rights are affected whether you act or don't act. Read this notice carefully.*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **SUBMIT A CLAIM FORM** | **The only way to get reimbursement for Out-Of-Pocket Expenses.** If you ~~live in~~ are a member of the ~~state of Washington~~Omitted Owner Group, and **timely** submit a valid Claim Form (enclosed) with a repair invoice or receipt or similar documentation and proof of payment for a qualified repair, you can obtain full reimbursement of eligible repair expenses. |
| **ASK TO BE EXCLUDED** | **Receive no warranty extension and no reimbursement. Get out of this lawsuit, but keep your rights to sue.** If you ~~live in the state of Washington~~are a member of the Omitted Owner Group and ask to be excluded, you will not be eligible for benefits from this lawsuit, but you will maintain your right to pursue a claim against Honda separately about the claims in this lawsuit. |
| **COMMENT OR OBJECT** | **Comment in writing about why you like or don't like the settlement.** If you ~~live in~~ are a member of the ~~state of Washington~~Omitted Owner Group, you may comment in writing about why you like or dislike the settlement by sending a letter in care of the Settlement Administrator, or by filing an objection with the Court on your own or through an attorney. You must remain a member of the Settlement Class (i.e., you cannot ask to be excluded) in order to object to the settlement. |
| **DO NOTHING** | **Receive the warranty extension, but get no reimbursement. Give up your rights to sue.** By doing nothing, you will benefit from the warranty extension, but exclude yourself from eligibility for reimbursement of Out-Of-Pocket Expenses. You will also give up any rights to sue Honda separately about the claims in this lawsuit. |

---

[1] Capitalized terms used herein have the same meaning ascribed to them in the Class Action Settlement Agreement and Release, which can be viewed on the settlement website **enginemisfiresettlement.com**.

ACTIVE 211975848v.1

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court in charge of this case previously granted Final Approval of the settlement on March 27, 2014.  It has been determined however, that Settlement Class Members residingwith Settlement Class Vehicles registered in the Statestate of Washington as of September 18, 2013 were inadvertently not mailed direct notice of the settlement.  The Court will therefore hold a supplemental hearing on April 22, 2016 at 10:00 a.m. to provide Washington state residentsmembers of the Omitted Owner Group an opportunity to object or exclude themselves from the previously approved nationwide settlement.  Claim Forms will be processed and approved, and payments will be issued **after** the supplemental hearing.

## CONTENTS

**Basic Information**
1. What is the purpose of this Supplemental Notice?
2. What is this lawsuit about?
3. What is a class action lawsuit and who is involved?
4. Why is there a settlement?

**Who Is In The Settlement?**
5. Am I part of this Classthe Omitted Owner Group?
6. I'm still not sure if I am included in the Omitted Owner Group.

**Settlement Benefits—What You Get**
7. What benefits are available and for whom?
8. How do I get reimbursed?
9. What if I don't mail my Claim Form & documentation by the deadline?
10. When do I get reimbursed?
11. What am I giving up in order to receive the benefits of the settlement?

**Excluding Yourself From The Settlement**
12. How do I get out of this settlement?
13. If I don't exclude myself, can I sue Honda later?
14. If I exclude myself can I get money from this settlement?

**The Lawyers Representing You**
15. Do I have a lawyer in this case?
16. Should I get my own lawyer?
17. How will the lawyers be paid?

**Objecting To The Settlement**
18. How do I tell the Court that I like or do not like the settlement?
19. What is the difference between objecting and excluding?

**Final ApprovalSupplemental Hearing**
20. When and where will the Court decide to close the amended Final Approval Order and Judgment regarding this Settlementsettlement?
21. Do I have to come to the Supplemental Hearing?
22. May I speak at the Supplemental Hearing?

**If You Do Nothing**
23. What happens if I do nothing at all?

**Additional Information**
Questions?  Visit **enginemisfiresettlement.com** or call toll free 1-888-888-3082.

**24.** Are there more details available?

Case 3:12-cv-01377-SI  Document 119  Filed 01/15/16  Page 8 of 20

BASIC INFORMATION

| 1. What is the purpose of this Supplemental Notice? |
|---|

~~If you live in the state of Washington and~~If you are a current or former owner or lessee of one of the Honda vehicles listed below equipped with a 6-cylinder ("V6") engine with Variable Cylinder Management ("VCM-2") (each a "Settlement Class Vehicle") and purchased or leased your vehicle in the United States, then you are a Settlement Class Member in a settlement of a federal class action lawsuit pending in the United States District Court for the Northern District of California, *Soto, et al. v. American Honda Motor Co., Inc.*, case no. 3:12-cv-1377-SI:

- 2008-2012 Honda Accord;
- 2008-2013 Honda Odyssey;
- 2009-2013 Honda Pilot;
- 2010-2011 Honda Accord Crosstour; or
- 2012 Honda Crosstour

As a member of the Settlement Class, you have a right to know about the Litigation and the court-approved settlement. The judge who is overseeing the case, the Honorable Susan Illston, authorized this Supplemental Notice, which explains the Litigation, the court-approved settlement, your legal rights, what benefits are available, who is eligible for them, and how to obtain them. You have various options that you may exercise before the deadlines set forth in this Supplemental Notice. After the supplemental hearing, the Defendant, American Honda Motor Co., Inc. ("Honda") will provide certain benefits to the Settlement Class Members ~~residing~~who owned or leased a Class Vehicle that was registered in Washington State as of September 18, 2013, who were not previously mailed the Court-approved Notice ~~(Hereafter~~ (hereafter, the "Omitted Owner Group"), including a limited warranty extension (which has been operative for all Settlement Class members including the Omitted Owner Group since December 2013) and reimbursement of Out-Of-Pocket Expenses for qualifying repairs to Omitted Owner Group members who submit timely and valid Claim Forms.

| 2. What is this lawsuit about? |
|---|

This lawsuit is about Engine Misfire and its symptoms and causes in the Settlement Class Vehicles. **The Engine Misfire at issue generates one or more of the following vehicle diagnostic trouble codes ("DTC"): P0301, P0302, P0303, or P0304.**

The Plaintiff, Vince Eagen, alleges that the engines in some Settlement Class Vehicles suffer from Engine Misfire and related symptoms and conditions, including premature spark plug fouling. Plaintiff claims that Settlement Class Vehicles have a defect and related conditions that Honda should have disclosed and/or remedied, at no charge, under warranty. Honda expressly denies the allegations in the Litigation, denies that it has engaged in any wrongdoing, and specifically denies the claims described above and asserted in the Litigation.

There were other claims alleged in the original Class Action Complaint and the First Amended Class Action Complaint that have been dismissed and are no longer part of this settlement.

You can read all of Plaintiff's allegations in the Second Amended Class Action Complaint, available at **enginemisfiresettlement.com**.

| 3. What is a class action lawsuit and who is involved? |
|---|

In a class action lawsuit, one or more persons, called "Named Plaintiffs" sue on behalf of other people who have similar claims ("Proposed Class"). The Named Plaintiff and the Proposed Class are collectively called the "Plaintiffs," and their attorneys are referred to as "Class Counsel." The company that has been sued (here, Honda) is called the "Defendant." In a class action lawsuit, all factual questions and legal issues are resolved for all Plaintiffs, except for

those people who choose to exclude themselves from the Class. Judge Susan Illston is presiding over this class action.

| 4. | Why is there a settlement? |
|---|---|

Here, the Court has not decided in favor of Plaintiff or Defendant. Instead, both sides agreed to a settlement on behalf of everyone in the Settlement Class. That way, all parties avoid the cost of a trial, and Settlement Class Members will receive certain agreed-upon benefits which will be provided after the settlement is approved and becomes Final. The Court granted final approval of the settlement on March 27, 2014. The Class Representative and Class Counsel think the settlement is in the Settlement Class Members' best interests.

## WHO IS IN THE SETTLEMENT?

| 5. | Am I part of ~~this Class~~**the Omitted Owner Group**? |
|---|---|

Judge Illston granted final approval to the following class for settlement purposes only:

> All purchasers and lessees who reside in, and who purchased or leased their vehicles in the United States (other than for purposes of resale or distribution), of any: (a) Model-Year 2008, 2009, 2010, 2011, and 2012 Honda Accord vehicles equipped with a 6-cylinder engine with VCM-2; (b) Model-Year 2008, 2009, 2010, 2011, 2012, and 2013 Honda Odyssey vehicles equipped with a 6-cylinder engine with VCM-2; (c) Model-Year 2009, 2010, 2011, 2012, and 2013 Honda Pilot vehicles equipped with a 6-cylinder engine with VCM-2; (d) Model-Year 2010 and 2011 Honda Accord Crosstour vehicles equipped with a 6-cylinder engine with VCM-2; and (e) Model Year 2012 Crosstour vehicles equipped with a 6-cylinder engine with VCM-2.

**If you are a current or former owner or lessee of any of the above Honda vehicles equipped with a 6-cylinder ("V6") engine with Variable Cylinder Management ("VCM-2") registered in the state of Washington as of September 18, 2013, then you are included in the Omitted Owner Group.**

| 6. | I'm still not sure if I am included in the Omitted Owner Group. |
|---|---|

If you are still not sure whether you are included, you can get free help at **enginemisfiresettlement.com,** or by writing to Class Counsel at the address listed in response to Question 18, below.

## SETTLEMENT BENEFITS – WHAT YOU GET

| 7. | What benefits are available and for whom? |
|---|---|

- The Powertrain Limited Warranty that you received from Honda at the original point of sale or lease of your Class Vehicle is extended to cover Engine Misfire repairs (the "Warranty Extension"). Such repairs will be covered under the Warranty Extension if the vehicle is within eight (8) years of the original purchase or lease date of the car, without limitation as to mileage.

- The Warranty Extension is subject to the same terms and conditions as the original, written Powertrain Limited Warranty issued at the original point of sale or lease of each Settlement Class Vehicle, except that the Warranty is extended to cover Engine Misfire. **If you obtain coverage for Engine Misfire repairs pursuant to the Extended Warranty, you may not exclude yourself from this settlement**.

Additionally, each Omitted Owner Group Member who does not exclude him- or herself from the settlement <u>and</u> who <u>timely</u> submits a valid Claim Form with a copy of an original repair

**Questions? Visit enginemisfiresettlement.com or call toll free 1-888-888-3082.**
ACTIVE 211975848v.1
5

invoice or receipt or similar documentation plus proof of payment(s) for repair(s) to or replacement(s) of parts on his or her Settlement Class Vehicle will receive full reimbursement of the payment(s) *if*:

- The repair invoice or other documentation indicates that the repair(s) or replacement(s) were performed in connection with the Settlement Class Vehicle's generating the following Diagnostic trouble codes ("DTC") P0301, P0302, P0303, or P0304 (note:  this information should be on the repair invoice you received from your dealer or mechanic);
- The Settlement Class Member previously has not been reimbursed for the repair (for instance, by Honda, a Honda dealer, or an insurance provider, etc.); and
- The Settlement Class Member follows each step listed in response to Question 8.

*Repair(s) or replacement(s) performed by mechanics other than Honda-authorized dealerships are eligible for reimbursement if they meet these conditions.*

---

**POTENTIALLY ELIGIBLE REPAIRS**

Services commonly performed in attempts to remedy qualifying Engine Misfire may include repair or replacement of:

- spark plugs;
- valve stem seals; and
- engine pistons and/or piston rings (a "ring job").

Services *less* commonly performed in attempts to remedy qualifying Engine Misfire include, but are not limited to, repair or replacement of:

- ignition coils;
- the engine long block;
- the engine short block; and
- the valve timing chain and/or valve timing tensioner.

However, Out-Of-Pocket Expenses for service(s) are eligible for reimbursement only if the repair invoice or other documentation indicates that they were performed in connection with a Settlement Class Vehicle's generating the following diagnostic trouble codes ("DTC"): P0301, P0302, P0303, or P0304.

---

| **8.** | **How do I get reimbursed?** |

**To receive reimbursement, you must do 4 things:**

(1) On the Claim Form, **write the total amount you paid** for eligible repair(s) to or replacement(s) of part(s) on your Settlement Class Vehicle;

(2) **Enclose a copy of a repair invoice or receipt** (or other documentation) **for each** eligible repair or replacement for which you seek reimbursement of Out-Of-Pocket Expenses **plus proof of payment**. The repair invoice, or other documentation MUST indicate the date of service and indicate that the repair or replacement was performed in connection with your Settlement Class Vehicle's generating the following diagnostic trouble codes ("DTC"): P0301, P0302, P0303, or P0304;

(3) **Sign and date** your Claim Form; and

(4) **Mail the Claim Form to the address indicated by the deadline. Your Claim Form(s) must be postmarked by April 28, 2016.**

The Claim Form is enclosed with this Supplemental Notice, and you can obtain additional copies to print at **enginemisfiresettlement.com**.

| **9.** | **What if I don't mail my Claim Form & documentation by the deadline?** |

If you fail to mail the Claim Form and supporting documents by the required deadline, your Claim will be denied as untimely. Submitting a Claim Form late or without documentation will be the same as doing nothing (*see* Question 23).

| **10.** | **When do I get reimbursed?** |

The Court will hold a supplemental hearing (the "Supplemental Hearing") on April 22, 2016 at ~~9~~10:00 a.m. at the Phillip Burton Federal Building & United States Courthouse, Courtroom 10, 19th Floor, located at 450 Golden Gate Avenue, San Francisco, CA 94102, to close the Final Approval Order and Judgment with respect to the Omitted Owner Group. Even if the Court closes the Final Approval Order and Judgment with respect to ~~all Class Members~~the Omitted Owner Group, there might be appeals ~~that delay the closing of the Final Judgment with respect to the Omitted Owner Group~~. It is always uncertain whether such appeals can be resolved, and resolving them can take months or even years. For that reason, at this time there is no way to determine if and when reimbursement payments will be issued. Information about the progress of the case will be available on the settlement website: **enginemisfiresettlement.com**.

If the Settlement Administrator determines your claim should not be paid or should be paid only in part, you will be mailed a letter telling you the amount you are to receive, if any, and explaining how you can appeal the decision, if you wish to do so.

| **11.** | **What am I giving up in order to receive the benefits of the settlement?** |

Unless you exclude yourself, you will remain a member of the Settlement Class. That means that you will not be able to sue, continue to sue, or be a part of any other lawsuit against Honda about the same legal issues in this case. It also means that all of the Court's orders in this case will apply to you and legally bind you.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep the right to sue, or continue to sue Honda, on your own, about the legal

issues in this case, then you must take steps to exclude yourself from the Settlement Class and the settlement. This is sometimes referred to as "opting out."

| **12. How do I get out of this settlement?** |
|---|

To exclude yourself from the settlement, you must send a letter ("Exclusion Request") by U.S. mail (or an express mail carrier) saying that you want to be excluded from *Soto, et al. v. American Honda Motor Co., Inc.*, Case No. 3:12-cv-1377-SI and include your:

- full name;
- mailing address;
- telephone number;
- approximate purchase / lease date;
- model year(s) of your Class Vehicle(s);
- vehicle identification number(s) ("VIN") of your Class Vehicle(s);
- a clear statement communicating that you want to be excluded from the Settlement Class, do not wish to be a Settlement Class Member, and want to be excluded from any judgment entered pursuant to the settlement; and
- signature.

You cannot exclude yourself from the class action on the phone or by e-mail. You must mail your Exclusion Request to the following, postmarked no later than **March 15, 2016**:

**Settlement Administrator**
**Soto Class Action Settlement – Omitted Owner Group**
**P.O. Box 271822**
**Torrance, CA  90509**

If you submit a valid Exclusion Request, you will not receive any benefits of the settlement and you cannot object to the settlement. You will not be legally bound by anything that happens in this court-approved settlement.

| **13. If I don't exclude myself, can I sue Honda later?** |
|---|

No. If you do not timely submit a valid Exclusion Request, you will remain a part of the Settlement Class and you will not be able to sue Honda for the same legal claims that are Released Claims.

| **14. If I exclude myself can I get money from this Settlement?** |
|---|

No. If you submit a valid Exclusion Request, you will not receive any benefits of the settlement and you cannot object to the settlement. If you exclude yourself, you should not submit a Claim Form seeking reimbursement. You cannot both exclude yourself and seek any benefits of the settlement. If you receive benefits under the settlement, including repairs pursuant to the Warranty Extension, you cannot exclude yourself from the settlement.

### THE LAWYERS REPRESENTING YOU

| **15. Do I have a lawyer in this case?** |
|---|

The Court has already decided that the following law firms are qualified to represent you and all Settlement Class Members for purposes of this settlement:

- Berk Law PLLC, of Washington, D.C.;
- Terrell Marshall Law Group PLLC, of Seattle, Washington;
- Ram, Olson, Cereghino, & Kopczynski LPP, of San Francisco, California; and

- Berger & Montague, P.C., of Philadelphia, Pennsylvania

Together these law firms are called "Class Counsel." They are experienced in handling similar cases against other automotive manufacturers. More information about these law firms, their practices, and their lawyers' experience is available at www.berklawdc.com, www.terrellmarshall.com, www.ramolson.com, and www.bergermontague.com.

| **16. Should I get my own lawyer?** |
|---|

You do not need to hire your own lawyer because Class Counsel is working on your behalf. However, if you want to hire your own lawyer, you may do so at your own expense.

| **17. How will the lawyers be paid?** |
|---|

Class Counsel received an award from the Court of $800,000 in fees and reimbursement for their expenses associated with this case~~,~~.

The Court also approved an Incentive Award to named Plaintiff Vince Eagen in the amount of one thousand dollars ($1,000) to compensate him for his time and effort on behalf of the Settlement Class.

You may view the applications for the Class Counsel Fees and Expenses Award and the Incentive Award on the settlement administrator's website: **enginemisfiresettlement.com**.

**Neither the Class Counsel Fees and Expenses Award nor the Incentive Award will reduce any of the benefits you may receive under the settlement.**

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do or do not agree with the settlement or some part of it.

| **18. How do I tell the Court that I like or do not like the settlement?** |
|---|

If you remain a Settlement Class Member (that is, if you do not exclude yourself, or opt-out, from the settlement), then you can tell the Court that you like the settlement and it should be approved, or you object to all or part of the settlement with respect to the interests of the Omitted Owner Group. The Court will consider all comments from ~~Settlement Class Members~~members of the Omitted Owner Group.

To comment or object you must send a letter to the Settlement Administrator, to Class Counsel, or Honda's Counsel at the addresses indicated below, saying that you are commenting on the settlement in *Soto, et al. v. American Honda Motor Co., Inc.*, case no. 3:12-cv-1377-SI, and include your:

- full name;
- mailing address;
- telephone number;
- approximate date of purchase or lease;
- model year(s) of your Class Vehicle(s);
- vehicle identification number(s) ("VIN") of your Class Vehicle(s);
- statement that you have reviewed the Settlement Class definition and understand that you are a ~~Settlement Class Member~~member of the Omitted Owner Group;
- explanation of your factual and legal grounds for objecting;
- copies of any documents supporting your objection;
- **list of all other objections submitted by you and/or by your counsel, to any class action settlements submitted in any state or federal court in the United States in**

**Questions? Visit enginemisfiresettlement.com or call toll free 1-888-888-3082.**

> the previous five (5) years, or a statement affirmatively stating that you and/or your counsel have not objected to any other class action settlement in the previous five years; and
> - signature.

You do not need to hire legal counsel to comment on or object to the Settlement. But, if you are represented by legal counsel, you must also file your comment or objection to the settlement electronically with the Court.

Any Member of the Omitted Owner Group objecting to the settlement (each an "Objector") must also provide a detailed list of all objections to any other class action settlements submitted by him or her, or his or her legal counsel, to any court in connection with a class action settlement in the previous five (5) years. If the Objector or his or her counsel has *not* objected to any other class action settlement in any court in the United States in the previous five (5) years, he or she must affirmatively state as much in their submission to the Court.

The filing of an objection allows Class Counsel or Honda's Counsel to take the Objector's deposition consistent with the Federal Rules of Civil Procedure at an agreed-upon location, and to seek any documentary evidence or other tangible things that are relevant to the objection. Failure by an Objector to make himself or herself available for a deposition or otherwise comply with expedited discovery requests may result in the Court striking the Objector's objection and otherwise denying the Objector the opportunity to make an objection or be further heard. The Court may tax the costs of any such discovery to the Objector or the Objector's counsel should the Court determine that the objection is frivolous or is made for an improper purpose.

If you intend to appear at the Supplemental Hearing, your comment or objection must identify the attorneys representing you, if any, who will appear at the Supplemental Hearing. To appeal from any provision of any the Final Order and Judgment with respect to the Omitted Owner Group, you must appear in person, or through your counsel, at the Supplemental Hearing, or seek leave of Court excusing such appearance prior to the Supplemental Hearing, or as otherwise may be permitted by the Court at the Supplemental Hearing.

You must mail your comment or objection to the Settlement Administrator, Class Counsel or Honda's Counsel at the following addresses, postmarked no later than March 15, 2016:

| **Settlement Administrator** | **Class Counsel** | **Defense Counsel** |
|---|---|---|
| **Settlement Administrator** Soto Class Action Settlement – Omitted Owner Group P.O. Box 271822 Torrance, CA  90509 | **TERRELL MARSHALL LAW GROUP PLLC** c/o Beth E. Terrell "Honda Misfire Case" 936 North 34th Street, Ste 300 Seattle, WA 98103 | **SIDLEY AUSTIN LLP** c/o Michael B. Shortnacy "Honda Misfire Case" 555 W 5th Street, Ste. 4000 Los Angeles, CA 90013 |

| **19.** | **What is the difference between objecting and excluding?** |
|---|---|

Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

**Questions?  Visit enginemisfiresettlement.com or call toll free 1-888-888-3082.**
ACTIVE 211975848v.1
**10**

**SUPPLEMENTAL HEARING**

The Court will hold a hearing to decide whether to enter an amended Final Approval Order and Judgment with respect to Settlement Class Members who live in the state of Washington.  You may attend and you may ask to speak, but you do not have to attend or speak.

**20. When and where will the Court decide to close the amended Final Approval Order and Judgment regarding this ~~Settlement~~settlement?**

The Court will hold a hearing (the "Supplemental Hearing") on April 22, 2016 at ~~9~~10:00 a.m. at the Phillip Burton Federal Building & United States Courthouse, Courtroom 10, 19th Floor, located at 450 Golden Gate Avenue, San Francisco, CA 94102.  If there are objections submitted or filed by the Omitted Owner Group, the Court will consider them.  Judge Illston may listen to people who have asked to speak at the hearing.  After the hearing, the Court will decide whether to close the Final Approval Order and Judgment and enter an amended Final Judgment as to the Omitted Owner Group.  We do not know how long it will take for the Court to make its decision.

**21.  Do I have to come to the Supplemental Hearing?**

No, but you are welcome to come at your own expense if you do not exclude yourself from the settlement.  Class Counsel will answer questions that Judge Illston might have.  If you send a comment or objection, you do not have to come to the Supplemental Hearing to talk about it.  However, if you submit an objection and you do not appear at the Supplemental Hearing you will lose the right to appeal from any provision of any order approving the settlement as fair, reasonable, and adequate.  (*See* Question 18.)  As long as you sent your comment or objection such that it was received on time, the Court will consider it.  If you decide to hire your own attorney, he or she may also attend the Supplemental Hearing, but it is not necessary.

**22.  May I speak at the Supplemental Hearing?**

If you do not exclude yourself, you may ask the Court's permission to speak at the Supplemental Hearing.  To do so, you must send a letter to the Court, and provide a copy to Class Counsel and Honda's Counsel, indicating that you intend to appear at the Supplemental Hearing in *Soto, et al. v. American Honda Motor Co., Inc.*, Case No. 3:12-cv-1377-SI.  The letter must state the position you intend to present at the hearing, state the identities of all attorneys, if any, who will represent you, and must include your full name, current address,
telephone number, model year and VIN of your Class Vehicle(s), and your signature.  You must send your notice to the Clerk of the Court, Class Counsel, and Honda's Counsel at the three addresses listed under Questions 18 and 20 above, postmarked no later than March 15, 2016.  You may combine this notice and your comment or objection (described under Question 18) in a single letter.  You cannot speak at the Supplemental Hearing if you exclude yourself from the settlement.

**IF YOU DO NOTHING**

**23.  What happens if I do nothing at all?**

If you do nothing, you will remain a member of the Settlement Class and benefit from the limited Powertrain Warranty Extension (which has been operative for all Settlement Class Members since December 2013) described under Question 7 above, but you will receive no reimbursement of Out-Of-Pocket Expenses for eligible repairs or replacements.  Furthermore, you will not be permitted to appear and speak at the Supplemental Hearing.

**Questions?  Visit enginemisfiresettlement.com or call toll free 1-888-888-3082.**

## ADDITIONAL INFORMATION

| **24. Are there more details available?** |
|---|

You can obtain more information by visiting the website **enginemisfiresettlement.com**, where you can find extra Claim Forms, information about the history of this litigation and the status of the Court approved settlement, and documents such as the Second Amended Class Action Complaint filed by the Plaintiff.

You may also call Class Counsel at (206) 816-6603 or write them at:

**TERRELL MARSHALL LAW GROUP PLLC**
c/o Beth E. Terrell
"Honda Misfire Case"
936 North 34th St., Suite 300
Seattle, WA 98103

Soto, et al. v. American Honda Motor Co., Inc.
**Case No. 3:12-cv-1377-SI**

# CLAIM FORM FOR REPAIRS RELATED TO ENGINE MISFIRE[1]

Barcode #:

JOHN DOE
1334 STEPHEN COURT
SEATTLE WA 98101

Name/Address Changes (if any):

First Name _____ Last Name _____

Address _____

City _____ State _____ Zip _____

Please provide the information below for all claims so we may contact you if necessary or notify you of status:

Daytime Phone _____  Evening Phone _____

Cell Phone _____

eE-mail (optional) _____

## Claim Form Instructions:

**Read over the Supplemental Class Notice.  Completely fill out this form and attach all the necessary documents and mail to the address listed.  Your Claim Form must be postmarked no later than April 28, 2016.  Please note the following:**

1. Potentially eligible repairs require on-board diagnostic codes or diagnostic trouble codes ("DTC"): P0301, P0302, P0303, or P0304, which will likely appear on your repair invoice or other documentation. Please see the Notice or settlement website **enginemisfiresettlement.com** for additional information.
2. Potentially eligible repairs include, but are not limited to, spark plug replacement and certain engine repairs (including replacement of pistons and/or piston rings).

## PART ONE – CLAIMANT VEHICLE INFORMATION AND CLAIM

1. Did you incur any Out-Of-Pocket Expense for repairs due to Engine Misfire?
   ☐ No        ☐ Yes

   **If you answered "No" to question 1, you are not eligible to submit a claim.**

   If you answered "Yes", complete the following:

   Year _____   Model _____

211505364v.1

Vehicle Identification Number:

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

[1] Capitalized terms used herein have the same meaning ascribed to them in the Class Action Settlement Agreement and Release, which can be viewed on the settlement website **enginemisfiresettlement.com**.

Repair Order Number _____ Date of Repair _____

Amount of Repair: $_____

Repair Order Number _____ Date of Repair _____

Amount of Repair: $_____

To make a claim you must submit a Claim Form. For additional information, call 1-888-888-3082 or visit the settlement website **enginemisfiresettlement.com**.

Return this claim form and the required documentation to:

    Settlement Administrator
    Soto Class Action Settlement – Omitted Owner Group
    P.O. Box 271822
    Torrance, CA 90509

## PART TWO – REQUIRED DOCUMENTATION

**Include an original repair invoice or receipt (or other comparable documentation) PLUS proof of payment for each eligible repair or replacement for which you claim reimbursement of Out-Of-Pocket Expenses for Engine Misfire.**
Your documentation **must also include all items below**:

- The date the repair or replacement was made and vehicle mileage at the time of repair or replacement;
- The amount you paid for engine repairs;
- Information that shows that the repair was performed to your Class Vehicle for Engine Misfire (such as the appearance of diagnostic trouble codes ("DTC"): P0301, P0302, P0303, or P0304); and
- A certification that you have not before received notice of this settlement, and that you have not previously submitted any claim for reimbursement under this settlement

**Keep a copy for your records. Documents will NOT be returned.**

## PART THREE – CERTIFICATION AND RELEASE OF CLAIM

**SIGN AND DATE THE CERTIFICATION BELOW.**

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct, the documentation I have provided in support of each of my claim(s) for reimbursement is authentic, and I have not previously submitted any claim for reimbursement under this settlement.

_____
Signature                                                                                    Date

Note:  If you are submitting this Claim Form on behalf of another person who is a Settlement Class Member, please explain why you have the authority to do so and attach a copy of any Power of Attorney or other such documents that you may have.

For assistance completing this form or for answers to your questions, please consult the Notice, contact the Settlement Administrator at 1-888-888-3082, or go to the settlement website **enginemisfiresettlement.com**.

## PART FOUR – CHECKLIST

1. Filled out the Settlement Class Member Information in Part One.

2. Provided proof of claim(s), which at minimum must include a copy of the original repair invoice or receipt plus proof of payment.

3. Completed the Certification in Part Three.

4. Kept a copy of your completed Claim Form (plus documentation submitted) for your records.

5. Mailed your Claim Form so that it is postmarked on or before the Claim Form deadline of **April 28, 2016**.

6. Mailed the Claim Form to:

   Settlement Administrator
   Soto Class Action Settlement – Omitted Owner Group
   P.O. Box 2718~~22~~
   Torrance, CA 90509

**Claim Forms will be processed and approved reimbursements will be mailed after the ~~the~~ Court has held the Supplemental Hearing~~-~~.**
**Please check the settlement website enginemisfiresettlement.com for updates.**