UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SOTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | Case No. 12-cv-01377-SI <br><br> **ORDER DIRECTING PARTIES TO RESPOND TO LETTERS** |

The Court has received several letters from two individuals who state that they have had problems with their vehicles and who believe that they are members of the class and may be entitled to some benefits under the settlement. *See* Dkt. Nos. 131-133. The Court directs counsel for plaintiffs and defendant to file responses to the letters by **September 10, 2021**. If the parties wish, they may meet and confer and file a joint statement.

**IT IS SO ORDERED**.

Dated: August 15, 2021

SUSAN ILLSTON
United States District Judge